**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **SARA CHRISTENSEN,** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | **Case No.: 1:13-cv-01040-WCG** |
| *v.* | ) | |
| | ) | **Judge William C. Griesbach** |
| **SECURA INSURANCE COMPANIES** | ) | |
| **WELFARE BENEFIT PLAN, and** | ) | **Magistrate Judge William E. Callahan, Jr.** |
| **STANDARD INSURANCE COMPANY,** | ) | |
| | ) | |
| *Defendants* | ) | |

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for STANDARD INSURANCE COMPANY,

defendant, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

☐    My client has no corporate interests to be identified under Federal Rule of Civil
Procedure 7.1 or Federal Rule of Criminal Procedure 12.4.

☒    My client has the following parent corporation(s):

StanCorp Financial Group, Inc.

☒    The following publically held corporation(s) own 10% or more of my client's stock:

StanCorp Financial Group, Inc.

Date:   October 15, 2013

Respectfully submitted,

Jacqueline J. Herring (Ill. Bar. No. 6282246)      By:   /s/Jacqueline J. Herring
SMITH | VON SCHLEICHER + ASSOCIATES                      Attorney for Defendant,
180 North LaSalle St. Suite 3130                         Standard Insurance Company
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
jackie.herring@svs-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2013, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing on the following attorneys:

William E. Parsons
Danielle M. Schroder
Hawks Quindel, S.C.
222 West Washington Ave., Suite 450
P.O. Box 2155
Madison, WI 53701-2155
wparsons@hq-law.com
dschroder@hq-law.com

/s/ Jacqueline J. Herring
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312.541.0300 | F 312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246

2