IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SARA CHRISTENSEN, | ) |
| *Plaintiff* | ) |
| | ) Case No.: 1:13-cv-01040-WCG |
| v. | ) |
| | ) Judge William C. Griesbach |
| SECURA INSURANCE COMPANIES | ) |
| WELFARE BENEFIT PLAN, and | ) Magistrate Judge William E. Callahan, Jr. |
| STANDARD INSURANCE COMPANY, | ) |
| | ) |
| *Defendants* | ) |

## ORDER OF STIPULATION OF DISMISSAL

Having come before the Court on the parties' Stipulation of Dismissal,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

Dated: March 13, 2014.        BY THE COURT:


                By: s/ William C. Griesbach
                    Chief Judge, U.S. District Court